

**Scott H. Casher**

7 Times Square, Suite 2900 | New York, NY 10036-6524
Direct 914.487.7343 | Fax 914.487.7328
cashers@whiteandwilliams.com | whiteandwilliams.com

November 11, 2022

**VIA ECF**

Honorable Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    RE:    **Willis Towers Watson et al. v. Carroll; 7:22-cv-09503-VB**

Dear Judge Briccetti:

    Pursuant to the Order of the Court dated November 9, 2022, please allow this letter to serve as Plaintiffs' explanation as to why this case is properly designated for assignment to the White Plains courthouse. Rule 18, Designation of White Plains Cases, provides that a civil case shall be designated for assignment to White Plains if: (a)(ii) The claim arose in whole or in major part in Westchester County and none of the parties reside in this District. None of the parties currently reside in this District. In early 2017, Mr. Carroll negotiated and signed his employment agreement with Plaintiffs, and was negotiating other agreements with Plaintiffs, while he resided in Mount Kisco, New York in Westchester County, and those agreements and negotiations were the whole part of the dispute underlying arbitration.

    Thank you for your continued time and attention to this matter.

    Respectfully submitted,

    WHITE AND WILLIAMS LLP

    Scott H. Casher