UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIS TOWERS WATSON PLC; FREBERG
ENVIRONMENTAL, INC.; and INNOVISK
SERVICES, INC.,

                         Petitioners,                          22 **CIVIL** 9503 (VB)

      -against-                                          **JUDGMENT**

ANTHONY CARROLL,
                        Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2023, the motion to confirm the final arbitration award dated April 15, 2022, is GRANTED, and the award is CONFIRMED. Judgment is entered in Petitioners' favor; accordingly, the case is closed.

**Dated**: New York, New York
           March 31, 2023

                                                            **RUBY J. KRAJICK**

                                                             _____
                                                              **Clerk of Court**
                    **BY:**               *K. Mango*
                                                               _____
                                                              **Deputy Clerk**